UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| RYAN GUILLOT, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COWHAND SADDLERY, LLC *et al.* | Case No. 6:23-cv-00044-H<br>FLSA Collective Action<br><br>Judge James Wesley Hendrix<br><br>Magistrate Judge John R. Parker |

**GUILLOT'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Ryan Guillot requests the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The proposed settlement would completely resolve the claims at issue in this lawsuit.

Further, to make effective their settlement, Guillot respectfully requests the Court set aside its prior Sanctions Order [ECF No. 101], pursuant to Rule 60(b)(5)-(6). Guillot has now produced the records made the subject of that Order, and the parties' settlement resolves the fees and costs that would have been at issue related to the Order.

Because the proposed settlement would resolve a bona fide dispute under the FLSA, the Sanctions Order should be vacated, the settlement approved, and this case dismissed with prejudice.

The settlement reached by the parties represents a mutual agreement to resolve the bona fide FLSA dispute at the center of this lawsuit. The Court should approve the settlement or recognize that bona fide dispute. And to make the settlement effective, the Court should vacate the Sanctions Order. The Court should then dismiss this matter with prejudice.

Respectfully submitted,

By: ___*/s/ Matthew S. Parmet*___
    **Matthew S. Parmet**
    TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5200
matt@parmet.law

**Carl A. Fitz**
TX Bar # 24105863
(*admitted pro hac vice*)
**FITZ LAW PLLC**
3730 Kirby Dr., Ste. 1200
Houston, TX 77098
phone 713 766 4000
carl@fitz.legal

**Attorneys for Plaintiff**

### CERTIFICATE OF CONFERENCE

    This motion is filed as unopposed in accordance with the Parties' settlement agreement. In addition, prior to filing this motion, Plaintiff's counsel's conferred with Defendants' counsel, and Defendants were unopposed to the requested relief.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet